NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, CA 90012
     Telephone: (213) 894-2464
     Facsimile:  (213) 894-7819
     Email: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>INWOOK YOO,<br><br>          Defendant. | No. CV 20-7444<br><br>[CR 18-0378-DSF]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE WELLS FARGO BANK, N.A. [28 U.S.C. § 3205(b)]**<br><br>   **AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |
|---|---|

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment of **$20,191.32**, which is the bail bond judgment debt (plus interest) entered in *United States v. Inwook Yoo*, CR 18-0378-DSF.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this Application.

On January 6, 2020, the District Court of the United States in the Central District of California entered a judgment imposing the following debt against Defendant:

- Bond Forfeiture: $20,000.00, plus interest and costs

The defendant-judgment debtor is Inwook Yoo, Social Security Number XXX-XX-1784, currently resides in Los Angeles, California.

As of August 17, 2020, Defendant's bail bond balance is $20,191.32.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this Application, and Defendant has not paid the amount due.

Garnishee Wells Fargo Bank, N.A. is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that funds, assets, or property belonging to Inwook Yoo are in Wells Fargo Bank, N.A.'s custody, control, or possession.  By and through this Writ of Garnishment, the United States seeks to take **$20,191.32** of the funds or property from Inwook Yoo held by Wells Fargo Bank, N.A. to secure payment toward the bail bond forfeiture debt.  28 U.S.C. § 3205(b)(1)(C).

///
///

The name and address of Garnishee or the Garnishee's authorized agent is:

**Wells Fargo Bank, N.A.**
**Attn:  Legal Order Processing**
**P.O. Box 29779**
**Phoenix, Arizona 85038**

Dated:  August 17, 2020.

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

   /s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America