NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile:  (213) 894-7819
    Email: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>INWOOK YOO,<br><br>        Defendant. | **No. CV 20-7444**<br><br>[CR 18-0378-DSF]<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>[WELLS FARGO BANK, N.A.]<br><br><br>[28 U.S.C. § 3205(c)(1)] |

TO GARNISHEE WELLS FARGO BANK, N.A.:

The United States has filed an application for a Writ of Continuing Garnishment against **$20,191.32** of the nonexempt funds, assets, and/or property of defendant/judgment debtor Inwook Yoo, in the possession and control of garnishee Wells Fargo Bank, N.A. This Writ of Continuing Garnishment is an enforcement action by the United States against Inwook Yoo in connection with the bail bond judgment entered in *United States v. Inwook Yoo*, CR 18-0378-DSF, by the United States District Court for the Central District of California.

(1) This WRIT OF CONTINUING GARNISHMENT IS ISSUED against defendant/judgment debtor Inwook Yoo as to Wells Fargo Bank, N.A. for Inwook Yoo's nonexempt funds, assets, and/or property in the custody, control, or possession of Wells Fargo Bank, N.A. .

(2) On January 6, 2020, the United States District Court for the Central District of California imposed the following debt against Inwook Yoo as follows:

- Bond Forfeiture: $20,000.00, plus interest and costs.

(3) The balance of this bail bond judgment debt is $20,191.32, calculated through August 17, 2020.

(4) The name and address of Garnishee or the Garnishee's authorized agent is:

> **Wells Fargo Bank, N.A.**
> **Attn: Legal Order Processing**
> **P.O. Box 29779**
> **Phoenix, Arizona 85038**

(5) The address for plaintiff United States of America is:

> Office of the United States Attorney, Financial Litigation Section
> Suite 7516AA-Federal Building, 300 N. Los Angeles Street
> Los Angeles, California 90012

(6) Defendant/judgment debtor's Social Security Number is: XXX-XX-1784. His last known address is: Inwook Yoo, Los Angeles, California.

///

(7) Counsel for plaintiff United States of America is:

>Robert I. Lester, Assistant United States Attorney
>Ste. 7516AA-Federal Building, 300 N. Los Angeles Street
>Los Angeles, California 90012

Wells Fargo Bank, N.A. is ordered to withhold and retain **$20,191.32** from any funds, assets, and/or property of Inwook Yoo in the custody, control, or possession of garnishee Wells Fargo Bank, N.A., beginning immediately until further order from the Court. 28 U.S.C. § 3205(c)(2)(F).

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A) Whether Garnishee has custody, control or possession of any property of Defendant;

(B) What is a description of the property and the value thereof;

(C) Whether Garnishee owed Defendant any debt on the date the Writ was served and the amount and basis of the debt; and

(D) Whether Garnishee anticipates owing any debt to Defendant in the future.

GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, California 90012. Additionally, Garnishee is required to serve a copy of the answer on Defendant Inwook Yoo, and also on the attorney for plaintiff United States of America: Robert I. Lester, Assistant United States Attorney, Financial Litigation Section, Suite 7516AA, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS

WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is <u>continuing</u> in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff United States of America has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED: August __, 2020.

CLERK, UNITED STATES DISTRICT COURT
By: DEPUTY CLERK