42523420
REQU

BEST COPY

2020 OCT 14 PM 1:25

FILED

| | |
|---|---|
| WELLS FARGO BANK NA | |
| GARNISHEE NAME | |
| MAC S4001-01B | |
| GARNISHEE ADDRESS | |
| PO BOX 29779 | |
| PHOENIX AZ 85038-9779 | |
| 480-724-2000 | |
| GARNISHEE TELEPHONE | |
| GARNISHEE EMAIL | |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 20-7444-DSF |
| Plaintiff, | [CR 18-0378-DSF] |
| v. | ANSWER OF GARNISHEE WELLS FARGO BANK, N.A. |
| INWOOK YOO, | |
| Defendant. | |

1

**DECLARANT STATES:**

My name is  JANNA LONG  and my address and telephone number are  PO BOX 29779, PHOENIX AZ 85038-9779.  480-724-2000

1. I am authorized to make this declaration on behalf of Garnishee  WELLS FARGO BANK NA  regarding the writ of continuing garnishment received by Garnishee on  08/24/2020 .

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is the Garnishee herein, doing business in the name of _____,

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of _____ at _____.

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the  AGENT  of
                                         (OFFICIAL TITLE)
Garnishee  WELLS FARGO BANK NA  a corporation, organized under the laws of the State of  DELAWARE .

2. As of [date]  08/24/2020 , Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which Defendant has a nonexempt interest:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| a. XXXXXX1559 BANK ACCT | $ 20,191.32 | SOLE OWNER |
| b. | | |
| c. | | |
| d. | | |

2

3. Garnishee anticipates owing to Defendant in the future, the following amounts:

| Amounts | Estimate Date or Period Due |
|---|---|
| a. $ N/A | N/A |
| b. $ | |
| c. $ | |

4. Is Defendant subject to an existing garnishment or levy? ☐ Yes ☒ No

If yes, what is the outstanding amount now due and owing? $ _____

5. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: N/A

6. Garnishee owed Defendant the sum of $ 20,191.32 on the date the writ of continuing garnishment was served for the following reasons:

7. On [date] 08/24/20, Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on 09/04, 2020.

*JANNA K. LONG*
SIGNATURE OF DECLARANT

3

## PROOF OF SERVICE BY MAILING

I, _Jacqueline Donnelly_, declare:

I am over the age of eighteen and am not a party to the above-entitled action; That I am employed by _Wells Fargo Bank NA_; that on _9/4/2020_ [Date], I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE WELLS FARGO BANK, N.A.** addressed to:

    U.S. Attorney's Office for the Central District of California
    ATTN: Financial Litigation Section
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012

    Inwook Yoo
    Los Angeles, California

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on _9/4/2020_ [Date], at _Tempe_ [City], _AZ_ [State].

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

4